UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JULIUS TERRELL** | ) |
| Plaintiff, | ) |
| v. | ) Cause No.: 1:25-cv-01087-JMS-MG |
| **LIBERTY MUTUAL,** | ) |
| and | ) |
| **ADRIENNE McKENNA**, | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Comes now Sarah A. Bucker and moves the Court to withdraw her appearance on behalf of the Plaintiff, Julius Terrell, for the reason that she will be leaving the employment of Sture Legal Services, LLC effective June 20, 2025.  Tae Sture has previously entered his appearance for the Plaintiff and will remain counsel of record.

WHEREFORE, Sarah A. Bucker respectfully requests the Court grant her Motion for Leave to Withdraw her appearance in this case.

Date: June 20, 2025

*/s/ Sarah A. Bucker*
Sarah A. Bucker, Attorney No. 38144-41
Sture Legal Services, LLC
155 East Market Street, Suite 501
Indianapolis, IN 46204
Ph: (317) 577-9090
Fax: (317) 577-1102
Email: sarah@sturelaw.com

1